(R.D. 11478)

OMEGA IMPORT CO. *v.* UNITED STATES

▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆

▆▆▆▆▆▆

Entry No. 5639, etc.

(Decided January 30, 1968)

*John D. Rode* for the plaintiff.
*Edwin L. Weisl, Jr.*, Assistant Attorney General, for the defendant.

WATSON, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the respective parties:

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, as follows:

1.  That the involved merchandise was entered after the effective date of Section 2 of the Customs Simplification Act of 1956 (Public Law 927, 84th Congress, T.D. 54165) and is not identified on the Final List published by the Secretary of the Treasury pursuant thereto (T.D. 54521).

2.  That on or about the dates of exportation, the prices at which such or similar merchandise was freely sold or, in the absence of sales,

offered for sale in the principal markets of the country of exportation, in the usual wholesale quantities and in the ordinary course of trade for exportation to the United States, including the cost of all containers and coverings of whatever nature and all other expenses incidental to placing the merchandise in condition packed ready for shipment to the United States were the appraised unit values less 1%.

3. That the appeals may be submitted on this stipulation, the same being limited to the merchandise and issue described hereinabove and abandoned in all other respects.

On the agreed facts, I find and hold export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, to be the proper basis for the determination of the value of the merchandise here in question, and that such values were the appraised unit values, less 1 percent.

Judgment will issue accordingly.